# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SALLY GROSSER,

        Plaintiff,

-vs-                              Case No. 6:06-cv-535-Orl-28JGG

SOLAR TECH INDUSTRIES, INC.,
SCOTT KLEIN, DAWN KLEIN,

        Defendants.
_____

## ORDER

This case is before the Court on Joint Motion To Approve Settlement Agreement (Doc. No. 24) filed September 26, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 29, 2006 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement Agreement (Doc. 24) is **GRANTED**.

    3.    The Settlement Agreement and General Release (Doc. 24 at 4-7) are **APPROVED**.

    4.    The case is dismissed with prejudice.

     5.     The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of October, 2006.

                                                                        JOHN ANTOON II
                                                                        United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party